# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., | Case No.: 1:19-cv-00017-DAD-BAM |
| Plaintiff, | **ORDER REGARDING INITIAL SCHEDULING CONFERENCE** |
| v. | |
| ILA PRODUCTS, INC., et al., | |
| Defendants. | |

This case was set for an Initial Scheduling Conference on May 7, 2020. Kurt Vote, counsel for Plaintiff Freshko Produce Services, Inc. ("Plaintiff") appeared by telephone. Defendant Jamie Gibson appeared by telephone. Defendants ILA Products, Inc., HFN CA, Inc., and Kathy Gibson did not appear.

Following a discussion regarding the status of this action, and in order to allow the parties to pursue resolution of this case, the parties agreed to a continuance of the Initial Scheduling Conference. Accordingly, the Initial Scheduling Conference is CONTINUED to **August 11, 2020 at 9:00 AM in Courtroom 8 (BAM) before the undersigned**. Plaintiff shall file a two-page status report on or before **August 6, 2020** addressing the status of settlement, service of the summons and complaint on Defendant ILA Products, Inc., and any other pertinent matters. The parties are encouraged to appear at the status conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

1  The Clerk of Court is directed to serve a copy of this order on Defendants Jamie Gibson and
2  Kathy Gibson at their addresses of record.

IT IS SO ORDERED.

   Dated:  **May 7, 2020**                              /s/ Barbara A. McAuliffe            _
                                                    UNITED STATES MAGISTRATE JUDGE