UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ILA PRODUCTS, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00017-DAD-BAM<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>Date:　　October 7, 2020<br>Time:　　9:00 AM<br>Courtroom: 8 (BAM) |

　　In light of Plaintiff's Status Report filed on July 31, 2020 (Doc. No. 54), the Initial Scheduling Conference currently set for August 11, 2020, is CONTINUED to **October 7, 2020 at 9:00 AM in Courtroom 8 (BAM) before the undersigned**.  At least one (1) week prior to the conference, Plaintiff shall file a status report addressing the status of settlement and any other pertinent matters. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

　　The Clerk of Court is directed to serve a copy of this order on Defendants Jamie Gibson and Kathy Gibson at their addresses of record. In light of Defendants' pro se status, counsel for Plaintiff is further requested to notify Defendants of the continuance telephonically as soon as practicable.

IT IS SO ORDERED.

　　Dated:　**August 7, 2020**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE