UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., | No. 1:19-cv-00017-DAD-BAM |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| ILA PRODUCTS, INC., et al., | (Doc. Nos. 60, 62) |
| Defendants. | |

Plaintiff Freshko Produce Services, Inc. filed this action on January 4, 2019, against defendants ILA Products, Inc. ("ILA"); HFN CA, Inc. ("HFN"); Jamie Gibson; and Kathy Gibson (collectively, "defendants") pursuant to the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a *et seq.*, and related claims.  (Doc. No. 1.)  On August 19, 2020, plaintiff filed a motion seeking entry of default judgment.  (Doc. No. 60.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be denied without prejudice.  (Doc. No. 62.)  The parties were provided fourteen (14) days in which to file objections to the findings and recommendations.  (*Id.* at 7.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

/////

1     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 28, 2020 (Doc. No. 62) are adopted in full; and
2. Plaintiff's motion for default judgment (Doc. No. 60) is denied without prejudice.

IT IS SO ORDERED.

Dated:  **December 7, 2020**

UNITED STATES DISTRICT JUDGE